UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-1-03 |
| Plaintiff, | Hon. Hala Y. Jarbou<br>U.S. District Judge |
| v. | |
| JILL ELIZABETH ROBERTS, | |
| Defendant. | |
| _____/ | |

## ORDER OF DETENTION

Defendant Jill Elizabeth Roberts appeared before the undersigned on February 10, 2022 for her arraignment on an indictment charging her with conspiracy to distribute and possess with intent to distribute methamphetamine, distribution of methamphetamine, distribution of fentanyl, and distribution of methamphetamine. Roberts was advised of her rights, the charges and penalties.

Defendant reserved the issue of detention at this hearing and Defense counsel will notify the Court when they are prepared to schedule a detention hearing.

Defendant will remain detained pending further proceedings.

IT IS ORDERED.

Date: February 10, 2022              /s/ *Maarten Vermaat*
                                     MAARTEN VERMAAT
                                     U.S. MAGISTRATE JUDGE