UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JILL ELIZABETH ROBERTS,

    Defendant.
_____/

Case No. 2:22-cr-1-03

Hon. Hala Y. Jarbou

## ORDER ADOPTING REPORT AND RECOMMENDATION

On April 4, 2022, Magistrate Judge Maarten Vermaat issued a Report and Recommendation (R&R) recommending that the guilty plea of Defendant as to Count 1 of the Indictment be accepted. The R&R was duly served on the parties. No objections have been filed and the deadline for doing so expired on April 18, 2022. Based on this, and on the Court's review of all matters of record, including the audio transcript of the plea proceedings,

**IT IS ORDERED** that the R&R (ECF No. 185) is **APPROVED and ADOPTED** as the opinion of the Court. Defendant's plea of guilty is accepted and Defendant is adjudicated guilty of the charges set forth in Count 1 of the Indictment. The written plea agreement (ECF No. 168) is continued under advisement pending sentencing.

**IT IS FURTHER ORDERED** that Defendant shall remain detained pending sentencing, now scheduled for October 5, 2022, before District Judge Hala Y. Jarbou at the federal courthouse in Marquette, Michigan.

Date:   April 21, 2022                  /s/ Hala Y. Jarbou
                                                      HALA Y. JARBOU
                                                      UNITED STATES DISTRICT JUDGE